**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rosa Pineda SANCHEZ, a.k.a. Rosie,**
**Defendant–Appellant.**

**No. 13–13815**

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 5, 2014.

Michael V. Herskowitz, Ellen V. Endrizzi, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Vernon H. Smith, III, Attorney At Law, Jonesboro, GA, for Defendant–Appellant.

Before TJOFLAT, WILSON and JORDAN, Circuit Judges.

PER CURIAM:

Vernon Smith, appointed counsel for Rosa Pineda Sanchez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Sanchez's conviction and sentence are **AFFIRMED.**